GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Defendant Victor Boski

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>VICTOR BOSKI<br><br>Defendant. | Hon. Joseph A. Greenaway, Jr., U.S.D.J.<br><br>Criminal Case No. 09-141-01<br><br>CONSENT ORDER |

THIS MATTER having been opened to the Court by Greenbaum, Rowe, Smith & Davis, LLP, (Raymond M. Brown, Esq. appearing), Attorneys for defendant Victor Boski, and the Department of Justice (Jeffrey Martino, Esq., appearing) and after having conferred with Pretrial Services who have stated they have no objection to the release of Mr. Boski's Passport to him, and the Department of Justice having consented to same, and there being good and sufficient cause shown,

IT IS on this 12th day of January, 2010

ORDERED that the passport of Victor Boski, be released to him for travel to the Bahamas on Friday, February 5, 2010 and returning on Friday, February 12, 2010.

_____
JOSEPH J. GREENAWAY, JR., U.S.D.J.

The following consent to the Form
and Entry of the within Consent Order;

UNITED STATES OF AMERICA

_____
JEFFREY MARTINO, ESQ., DOJ

GREENBAUM, ROWE, SMITH & DAVIS, LLP
Attorneys for Defendant Victor Boski

_____
RAYMOND M. BROWN