GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Defendant Victor Boski

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>VICTOR BOSKI<br><br>Defendant. | Hon. Susan D. Wigenton,<br>U.S.D.J.<br><br>**Criminal Case No. 09-141-01**<br><br>**CONSENT ORDER** |

**THIS MATTER** having been opened to the Court by Greenbaum, Rowe, Smith & Davis, LLP, (Raymond M. Brown, Esq. appearing), Attorneys for defendant Victor Boski, and the Department of Justice (Jeffrey Martino, Esq., appearing) and after having conferred with Pretrial Services who have stated they have no objection to the release of Mr. Boski's Passport to him, and the Department of Justice having consented to same, and there being good and sufficient cause shown,

**IT IS** on this _____ day of _____, 2010

**ORDERED** that the passport of Victor Boski, be released to him for travel to Italy on Tuesday, July 13, 2010 and returning on Monday, July 26, 2010.

_____
Susan D. Wigenton, U.S.D.J.

The following consent to the Form
and Entry of the within Consent Order;

UNITED STATES OF AMERICA

_____
JEFFREY MARTINO, ESQ., DOJ

GREENBAUM, ROWE, SMITH & DAVIS, LLP
Attorneys for Defendant Victor Boski

_____
RAYMOND M. BROWN

2