GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Defendant Victor Boski

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>VICTOR BOSKI<br><br>Defendant. | Hon. Susan D. Wigenton,<br>U.S.D.J.<br><br>Criminal Case No. 09-141-01<br><br>**CONSENT ORDER** |

**THIS MATTER** having been opened to the Court by Greenbaum, Rowe, Smith & Davis, LLP, (Raymond M. Brown, Esq. appearing), Attorneys for defendant Victor Boski, and the Department of Justice (Jeffrey Martino, Esq., appearing) and after having conferred with Pretrial Services who have stated they have no objection to the release of Mr. Boski's Passport to him, and the Department of Justice having consented to same, and there being good and sufficient cause shown,

IT IS on this 28th day of August, 2010

ORDERED that the passport of Victor Boski, be released to him for travel to St. Marteen on Saturday, October 23, 2010 and returning on Saturday, October 30, 2010.

_____
Susan D. Wigenton, U.S.D.J.

The following consent to the Form and Entry of the within Consent Order;

UNITED STATES OF AMERICA

_____
JEFFREY MARTINO, ESQ., DOJ

GREENBAUM, ROWE, SMITH & DAVIS, LLP
Attorneys for Defendant Victor Boski

_____
RAYMOND M. BROWN

2