UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA  :  Criminal No. 09-141 (SDW)
          :
v.          :
          :
VICTOR BOSKI AND        :
NATIONAL INDUSTRIAL SUPPLY, LLC,  :  **ORDER OF SATISFACTION**
          Defendants.  :  **OF RESTITUTION**

---

### ORDER

**WHEREAS** restitution was ordered payable to Tierra Solutions, Inc., the identified victim at the Diamond Alkali Superfund Site in Newark, New Jersey ("Diamond Alkali"), in the amount of $25,000 for losses relating to charged conduct at the Diamond Alkali site;

**WHEREAS** Tierra Solutions, Inc. received full compensation for the ordered restitution on or about November 6, 2009;

IT IS on this ___20th___ day of ___June___ 2011

**ORDERED** that the restitution obligation for Victor Boski and National Industrial Supply, LLC to Tierra Solutions, Inc. has been fully satisfied and that the balance due to Tierra Solutions, Inc. for this restitution order shall be reduced to $0.00.

_____
Honorable Susan D. Wigenton, U.S.D.J.